**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered) |
| YRC Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Dick's Sporting Goods, Inc.,<br><br>Defendant. | Adv. No. 25-51275 |

**NOTICE OF SCHEDULING OF MEDIATION**

PLEASE TAKE NOTICE that, pursuant to the Court's Order Establishing Streamlined Procedures the above-captioned adversary proceeding has been scheduled for mediation before Sam Della Fera, Esq. (the "Mediator") on April 23, 2026 at 3:00 p.m. ET (Eastern Time) via video conferencing.

PLEASE TAKE FURTHER NOTICE that the time and location of the mediation is subject to change by the Mediator upon reasonable notice.

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

Dated: March 12, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

By: *<u>/s/ Peter J. Keane</u>*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Peter J. Keane (DE Bar No. 5503)
Edward Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Email: ljones@pszjlaw.com
tcairns@pszjlaw.com
pkeane@pszjlaw.com
ecorma@pszjlaw.com

*-and-*

**ASK LLP**
Joseph L. Steinfeld, Jr., MN SBN 0266292
Joo Hee Park
MN SBN 0504910
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: 651-289-3863
Email: jpark@askllp.com

*Counsel for Plaintiff*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al*.,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered) |
| YRC Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Dick's Sporting Goods, Inc.,<br><br>Defendant. | Adv. No. 25-51275 |

**CERTIFICATE OF SERVICE**

I, Joseph L. Steinfeld, Jr., Esquire, hereby certify that on March 12, 2026, a copy of the ***Notice of Scheduling of Mediation*** was caused to be served on the following via First-Class Mail:

Joseph E. Brenner, Esq.
GORDON REES SCULLY MANSUKHANI, LLP
221 W 10th St 4th Fl
Wilmington, DE 19801

Dated: March 12, 2026

**ASK LLP**

By: /s/ *Joseph L. Steinfeld, Jr*
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: (651) 289-3845
Email: jsteinfeld@askllp.com

*Counsel for Plaintiff*